IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CRIMINAL NO. 23-CR-30118-SMY |
| | ) |
| JERRION P. STRINGER, | ) |
| | ) |
| Defendant. | ) |

**ORDER OF FINDING OF NO THIRD-PARTY INTERESTS**
**(FINAL ORDER OF FORFEITURE)**

On November 18, 2024, this Court entered forfeiture order (Doc. 41) against the defendant Jerrion P. Stringer, for the following property which had been seized from the defendant:

**Samsung X Fold4, bearing IMEI:35138156222138288; and,**
**Samsung Galaxy Note 20, bearing IMEI:353817664004231.**

The Order provided that the Government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

Notice was published by the Government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning November 20, 2024 and ending December 19, 2024. No third party filed a petition within 30 days after the last date of the publication to allege an interest in the property. Consequently, pursuant to 21 U.S.C. § 853(n)(7), the Court finds that no third-party petitions were filed and that the United States of America has clear title to the above-described property subject of the Forfeiture Order filed on November 18, 2024 (Doc. 41). The United States Marshal or custodian for the Untied States Secret Service shall dispose of the property according to law.

IT IS SO ORDERED.

DATED: March 4, 2025

                                                            **STACI M. YANDLE**
                                                            **United States District Judge**